In the Matter of the Application of HOWARD HOUSMAN, Respondent, for an Order of Mandamus against CHARLES R. HALL, as Mayor of the Village of Solvay, New York, and Others, Appellants.— Order modified and as modified affirmed, with costs to respondent. All concur.

ELIZABETH M. MENG, Respondent, v. CLARA RITTENBERG and Another, Appellants.— Judgment affirmed, with costs. All concur.

ALBERT WITTMEYER, Respondent, v. PETER BELCHER, Appellant.— Judgment and order affirmed, with costs. All concur.

PETER A. KATSAMPES, Appellant, v. MARIAN A. GOODRICH and Another, Respondents.— Judgment affirmed, with costs. The finding that the note for $656 was delivered in execution of a usurious contract is amply sustained by the evidence. (Gen. Business Law, § 373; *Wright* v. *Nudd*, 233 App. Div. 790; *Laskowitz* v. *Getzowitz*, 211 id. 239; *Fiedler* v. *Darrin*, 50 N. Y. 437; *Gielinski* v. *Bayer*, 222 App. Div. 712.) All concur.

JOHN QUINN, Appellant, v. BLANCHARD B. WEBER and Another, Doing Business under the Firm Name and Style of SALAMANCA REPUBLICAN-PRESS, Respondents. — Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. The article published charged plaintiff with having been arrested and with having escaped from the arresting officers, a crime. (Penal Law, § 1694.)█ This, if untrue, was libelous *per se*. Plaintiff's proof showed unqualifiedly that there had been neither an arrest nor an escape. The nonsuit was, therefore, erroneous. All concur.

WILLIAM W. HIBBARD and Others, Copartners, Doing Business under the Firm Name and Style of HIBBARD, PALMER & KITCHEN, Appellants, v. HARRY H. WILLIAMS, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

PEARL JACOBS, Respondent, v. E. W. EDWARDS & SON, Defendant, Impleaded with KOREMLU, INCORPORATED, and Another, Appellants.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur. [143 Misc. 277.]

CHARLOTTE PEARL, Respondent, v. ABRAHAM & STRAUS, INCORPORATED, Respondent Impleaded with KOREMLU, INCORPORATED, and Another, Appellants.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur. [143 Misc. 277.]

SARAH P. HILLICK, Respondent, v. E. W. EDWARDS & SON, Respondent, Impleaded with KOREMLU, INCORPORATED, and Another, Appellants.— Order modified and as modified affirmed, without costs of this appeal to either party. [143 Misc. 277.]

MARY WANAT, Respondent, v. JAMES BLACK, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur.

JOHN WANAT, Respondent, v. JAMES BLACK, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur.